H3g6pin11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

LUIS PINEDA, et al.,

                Plaintiffs,

          v.                              15 CV 3774(GBD)

FRISOLING, INC., et al.,

                Defendants.

------------------------------x
                                    New York, N.Y.
                                    March 16, 2017
                                    12:30 p.m.

Before:

                    HON. GEORGE B. DANIELS,

                                    District Judge

                         APPEARANCES

MICHAEL FAILLACE & ASSOCIATES, P.C.
     Attorneys for Plaintiffs
BY:  GERRALD ELLIS
     JOSHUA S. ANDROPHY

KUBLANOVSKY LAW, LLC
     Attorneys for Plaintiffs
BY:  EUGENE D. KUBLANOVSKY
     ALLISON MATTERA CHARLES

Also present:  G. Eugene Alvarez, Spanish language interpreter

H3g6pin11

1          (In open court)

2          MR. ELLIS:  One of the defendants' witnesses, Fernando

3     Ortiz, is here.  I ask that he be in the witness room.

4          MR. KUBLANOVSKY:  No objection.

5          THE COURT:  You can wait in the witness room.

6          Is that Mr. Ortiz.

7          MR. ELLIS:  Yes.

8          THE COURT:  Show Mr. Ortiz where the witness room is.

9          How long do you think you will have with this witness?

10         MR. KUBLANOVSKY:  Probably 15, 20 minutes.

11         MR. ELLIS:  Redirect of five to 10.

12         MR. KUBLANOVSKY:  I tried to cut down given the time

13    we have before lunch.

14         THE COURT:  Does Mr. Ortiz need to wait around?  We're

15    not going it see him before 2:00?

16         MR. ELLIS:  Right.  Before Mr. Ortiz, we have Eddie

17    Jaquez who is another one of the plaintiffs.

18         THE COURT:  He doesn't have to wait in the witness

19    room.  He can come back this afternoon.

20         MR. KUBLANOVSKY:  I will go speak with him.

21         THE COURT:  Have him come back 2:30.  I don't think

22    we'll get to him before then.

23         MR. ELLIS:  I think that's right.

24         Second chair, Joshua Androphy, had a conference in the

25    Eastern District.  He is on his way after that.

1          THE COURT:  Sure.

2     CROSS-EXAMINATION (Cont'd)

3     BY MR. KUBLANOVSKY:

4     Q.  Good afternoon, Mr. Pineda.

5     A.  Good afternoon.

6     Q.  You recall yesterday we were discussing about your

7     employment at Piccolo Angolo.

8          How many hours per week did you work at the

9     restaurant?

10    A.  It could not be exact because every day it was different.

11    Q.  On average how many hours a day did you work?

12    A.  I believe 48, six days.

13    Q.  How long would it normally take you to clean up your work--

14    I withdraw that question.

15         Did you have a workstation at the restaurant?

16    A.  Yes.  The wine section.  It was a small bar.

17    Q.  How long would it normally take you to clean up your work

18    area each evening before you would leave the restaurant?

19    A.  As I stated yesterday about half an hour.

20    Q.  After you finished cleaning up your work area, what would

21    you do next?

22    A.  To wait so that the money would be given to me.

23    Q.  By "money," you mean the wages you were paid each day plus

24    any tips calculated before you left; correct?

25    A.  It is just one.  Only one money that was given to me.

1   Q.  Isn't it correct, sir, that sometimes you would leave

2   before the tips were distributed and you were given that the

3   following day?

4   A.  That is correct because they would never give it to me

5   early.  I had to wait, to wait, to wait, and sometimes I

6   wouldn't get it.

7   Q.  Sir, if you would get it the next day when you would come

8   in, why did you have to wait?

9   A.  Because that is the way I was paid from the beginning.  In

10  other words, Renato would pay me like so and I didn't see a

11  reason for me to have to wait until the next day.

12          I did not say Renato.  I want to be corrected.  When

13  he was still living, I was paid daily.

14  Q.  When would you normally finish your shift at the

15  restaurant?

16  A.  When they would say that it was closed.

17  Q.  When would that be?

18  A.  When they said it was closed.  When they thought it was

19  closed and they said so, then we would go home.

20  Q.  Let's take Tuesday through Thursday.  The restaurant was

21  open between 5:00 p.m. and 10:30 p.m.  When would you normally

22  finish your shift Tuesday through Thursdays?

23  A.  First, it was not 10:30.  It was always later.

24  Furthermore, even when there were no people, they would not

25  allow us to leave.  So it was always when they said it was

1   closed.  There was no schedule.

2   Q.  Did you work on Superbowl Sunday prior to February 7th,

3   2015?

4   A.  I cannot recall well, but I think so, yes.

5   Q.  Isn't it true that business was really slow on that date

6   and the restaurant closed at around 8:00?

7   A.  That is true.  The Superbowl was the only exception that

8   always happened.  Every year, not only that year.

9   Q.  That was the only exception.

10        So there was no other time that the restaurant ever

11  closed early?

12  A.  That I can recall, no.

13  Q.  Tuesday through Thursday you testified that you likely left

14  after 10:30.  Can you give a better estimate of how long you

15  would have stayed after 10:30?

16        THE INTERPRETER:  I missed what you said at the

17  beginning, counsel.

18  Q.  I believe you testified from Tuesday to Thursday.  Can you

19  give a better estimate how long you left after 10:30?

20  A.  I cannot say something exactly because it all depended on

21  the mood they were in.  Sometimes they were not in a good mood.

22  So they would have us there even if there was nothing to do.

23  We were just standing there and it depended always on what they

24  said.

25  Q.  On the weekends, beginning on Friday night and then -- I

1    will not talk about Sunday yet.  Let's focus on Saturday and

2    Sunday.  Would you work later on Friday and Saturday because

3    the restaurant was open until 11:00 p.m. than you would work

4    Tuesday to Thursday?

5    A.  I did not understand the question.

6    Q.  I will rephrase.

7           On Fridays or Saturdays the restaurant was open until

8    11:00 p.m.  Would you leave earlier or later than usual on

9    Fridays and Saturdays as opposed to Tuesdays and Thursdays?

10   A.  Logically, later.

11   Q.  So by the same logic on Sunday because the restaurant

12   closed earlier than 11:00 p.m. -- I believe it closed at 10:00

13   p.m. -- wouldn't you leave earlier on Sundays?

14   A.  Earlier than Saturday and Friday, yes.

15   Q.  Did you ever complain about your job to Renato Migliorini

16   while he was alive?

17   A.  What are you referring about when you say complain about

18   the job?

19   Q.  I am asking did you have any complaints about your job that

20   you brought up with Renato Migliorini during the time he was a

21   live?

22   A.  About the job, never; but regarding the way I was treated,

23   yes.

24   Q.  What about your pay, did you ever complain to him about how

25   you were paid?

1    A.  Yes.  Sometimes.

2    Q.  What about the hours you worked and the work schedule?  Did

3    you ever bring those complaints to his attention?

4    A.  Regarding the hours, no.

5    Q.  What about after Renato Migliorini died, did you ever

6    complain to Peter Migliorini about your job?  Did you have any

7    of the same complaints that you brought to his attention?

8    A.  Yes.  As I said yesterday, we were there with Fernando but

9    he said nothing.  All he did is he moved his head.

10   Q.  I am not sure I understand your response.  Let me reask the

11   question.

12        Did you have any complaints that you made to Peter

13   Migliorini about your job after Renato Migliorini passed away?

14   A.  Yes.  I did have some complaints before him.

15   Q.  Sir, why did you leave the restaurant on February 7th,

16   2015?

17   A.  I want to clear something.  I did not leave it.  Peter laid

18   me off.

19   Q.  Did Mr. Migliorini tell you individually that you were laid

20   off?

21   A.  If possible could I say something as to how things happened

22   that night?

23   Q.  Sir, I would appreciate if you just answer the question

24   that I asked.

25        The question was:  Did Mr. Migliorini tell you

1   individually that you were laid off?

2   A.  Yes.  Because he came in and insulted me first and then I

3   complained to him, What is the problem with me, as I was not

4   involved.  And he told me, You are all the same.  If you like

5   it, well.  If not, you know what you can do.  And he told us

6   all, All of you are now laid off.

7   Q.  Isn't it true before you all left that Mr. Migliorini told

8   each of you, with the exception of Mr. Jaquez, that you still

9   had a job the next day and you could come back?

10  A.  No.  It's happened in the opposite way.  He said that he

11  would not leave.  He was going to call the police.

12  Q.  Sir, did you ever return to the restaurant?

13  A.  Yes.

14  Q.  Why did you return to the restaurant?

15  A.  In order to collect the money that was my share for that

16  day.

17  Q.  Were you paid your wages for that day?  Did you collect

18  your money?

19  A.  Yes.

20          MR. KUBLANOVSKY:  No further questions.

21          THE COURT:  Any further questions?

22          MR. ELLIS:  Yes, your Honor.

23  REDIRECT EXAMINATION

24  BY MR. ELLIS:

25  Q.  Just very quickly.  Do you know for your daily wage of 65

1   to $70 per day what portion of it was wages and what portion of

2   it was tips?

3   A.  No.  Because they have never told me so.

4   Q.  Did you know on any given day how much business the

5   restaurant did?

6   A.  Exactly, no.  A lot was made because the restaurant was

7   always full especially when Renato was alive.

8   Q.  On any given day did you see how much tips the restaurant

9   made?

10  A.  Never.  Because they never allowed me to touch the moneys

11  for tips.

12  Q.  You discussed Superbowl Sunday and how it was slow.  Did

13  your pay decrease on Superbowl Sunday or was it the same as any

14  given day?

15  A.  It was always the same.

16  Q.  Busy day, slow day, your pay was always the same?

17  A.  Yes.  That is why yesterday I said between 65 and 70.  It

18  was always the same.  It doesn't matter whether it was busy or

19  not busy.

20          MR. ELLIS:  Thank you.  No further questions, your

21  Honor.

22          THE COURT:  Anything further?

23          MR. KUBLANOVSKY:  Just two quick questions.

24          THE COURT:  Sure.

25  RECROSS-EXAMINATION

H3g6pin1                         Pineda - recross

1    BY MR. KUBLANOVSKY:

2    Q.  Sir, did you ever receive tips individually from customers

3    at the restaurant?

4    A.  Yes.  I mentioned that.  And on account of that, I also had

5    problems with Maria.

6    Q.  Sir, didn't you keep those tips that you received?

7    A.  Yes.  Because the people would tell me that was for me.

8    Because they knew that -- they knew -- if they knew, then they

9    were not going to give it to me.

10   Q.  Sir, in your calculation of the percentage of tips that you

11   received, are you including the individual tips that you

12   received from customers?

13   A.  No.

14           MR. KUBLANOVSKY:  Thank you.  No further questions.

15           MR. ELLIS:  Nothing further.

16           THE COURT:  Thank you, sir.  You are excused.

17           (Witness excused)

18           THE COURT:  Let's go ahead and take the lunch break.

19   We'll continue at 2:10 and see how far we can get.

20           (Luncheon recess)

21

22

23

24

25

1                     A F T E R N O O N   S E S S I O N

2                              2:20 p.m.

3              THE COURT:  Mr. Ellis, are you ready for your next

4     witness?

5              MR. ELLIS:  Yes, your Honor.  The plaintiffs call

6     Eddie Jaquez.

7              THE COURT:  Swear in the witness.

8      EDDIE JAQUEZ,

9          called as a witness by the Plaintiffs,

10         having been duly sworn, testified as follows:

11    DIRECT EXAMINATION

12    BY MR. ELLIS:

13    Q.  Please state your name for the record.

14    A.  My name is Eddie Francisco Jaquez.

15    Q.  Did you ever work at a place called Piccolo Angolo?

16    A.  Yes.  I did work at that company.

17    Q.  When did you begin working at Piccolo Angolo?

18    A.  That I can remember I started to work on May 29th, 2011.

19    Q.  Why do you remember the date so precisely?

20    A.  Because is Mother's Day in my country.

21    Q.  When did you stop working at Piccolo Angolo?

22    A.  February 7th, 2015.

23    Q.  What was your job when you worked at Piccolo Angolo?

24    A.  Cook.

25    Q.  Who was your boss?

1   A.  First Renato.  And then after Renato died, Peter.

2   Q.  Who hired you at Piccolo Angolo?

3   A.  Renato.

4   Q.  How did you come to work there?

5   A.  I do not understand the question.

6   Q.  How did you get the job?

7   A.  Oh, my brother.  He is a chef.  He has been a chef for 23

8   years.  And he was a close friend to Renato and he recommended

9   me to Renato.

10  Q.  Did Peter work there when you started working in 2011?

11  A.  Yes, sir.

12  Q.  Did Maria Migliorini work there as well?

13  A.  Yes sir.

14  Q.  How many days a week did Peter work when you first started

15  in 2011?

16  A.  About three days per week.

17  Q.  How many days a week did Maria work?

18  A.  Three.  Three days approximately that I can remember.

19  Q.  Did each work a different three days, for Peter and Maria,

20  or did they overlap?

21  A.  Peter worked Thursday, Fridays, and Saturdays.  And his

22  sister as far as I can recall, she used to work that same

23  schedule.  And when the father lived, he would cover up.  So

24  when she would arrive, he could go back home.

25  Q.  So are you saying they would trade off so that Maria and

1   Renato were not there at the same time?

2   A.  No.  Only Renato would leave and they would remain.

3   Q.  So when Renato was still alive, would he come to the

4   restaurant and leave and then Peter or Maria were in charge?

5   A.  Yes, sir.

6   Q.  How often was that that Renato would leave Peter or Maria

7   in charge of the restaurant?

8   A.  All the days from Tuesday to Sunday, except with Sundays.

9   Peter did not work on Sundays because that was his day off.

10  Q.  So when Renato wasn't at the restaurant, who was in charge?

11  A.  Peter.  Peter and Maria.  Excuse me.

12  Q.  What time of day did you arrive to work?

13  A.  When I started in 2011, I started coming in at 2:00 in the

14  afternoon without having an hour for finishing leaving.

15  Q.  Sir, can you explain what you mean by that?  What do you

16  mean by without finishing leaving?

17  A.  So as to end.  When I would leave from my work.  Excuse me.

18  When they would tell me for me to leave the kitchen.  When they

19  would tell me it was closed.

20  Q.  Are you talking about your end time every day?

21  A.  Yes, sir.

22  Q.  I am just asking about what time you arrived.

23          Let's go back a step.

24          How many days a week did you work?

25  A.  Six days.

1   Q.  Would you arrive at the same time every day?

2   A.  Yes, sir.  For the first two years.

3   Q.  What happened after two years?

4   A.  I started to come in at 3:00 in the afternoon.

5   Q.  Why did your schedule change?

6   A.  Because I spoke to Renato.  Because when I started at the

7   beginning, he told me, You come in at 2:00 in the afternoon

8   until you learn the system and the ingredients that we have on

9   the menu so then you can become aware of the system of the

10  business quicker and you learn the business.

11  Q.  So is it fair to say then that your schedule changed once

12  you learned the system?

13  A.  After the two years.

14  Q.  Did you have to punch a clock or write down your time when

15  you would come in and leave?

16  A.  Nothing like that.

17  Q.  Did you receive breaks?

18  A.  Never.

19  Q.  Did you eat while you worked?

20  A.  At the same time as I was working, I would be eating little

21  by little.

22  Q.  What time would you leave work every day?

23  A.  We did not have a specific time.  We would leave when he

24  would say that it was closed or he would send the ticket.

25  Q.  When who would say it was closed?

h3g6pin22                        Jaquez - direct

1   A.  Either Peter or Maria would send a ticket.  They would send

2   a ticket from the machine and there it said the kitchen is

3   closed.

4   Q.  What would you do once you got that ticket or once they

5   gave you the order that the kitchen was closed?

6   A.  I started to prepare my line in order to clean it and close

7   it to place plastic on it and to close my station.

8   Q.  How long did that all take?

9   A.  It would depend.

10  Q.  If you had to estimate, how much time?

11  A.  About 40 minutes.

12  Q.  About how many orders a day would you prepare as a cook?

13  A.  Me as a cook as far as I would understand it and what I

14  would cook, for more than a hundred plus persons every day.

15  Q.  Do you know who Angel Guayllasac is?

16  A.  My workmate.  Fellow worker.

17  Q.  Was he your boss?

18  A.  No, Peter.

19  Q.  When tickets would come into the kitchen, how did you and

20  Angel divide your work?

21  A.  It would depend.  If he was very busy -- if he was very

22  busy when the ticket would arrive, I would call out the ticket

23  orders to him.  In the same manner he would do the same for me.

24  Q.  How many people worked in the kitchen?

25  A.  In the kitchen?  The kitchen, three of us worked.

h3g6pin22                    Jaquez – direct

1   Q.  Who are those three people who worked in the kitchen?

2   A.  Angel, Israel, and the dishwasher Robinson.

3   Q.  Who supervised you on a daily basis?

4   A.  When I would come in, Renato.  When Renato left, Peter.

5   Q.  Can you turn to Tab 5 in the plaintiffs' book in front of

6   you.

7           Do you recognize these documents at Tab 5.

8           Do you recognize the documents at Tab 5?

9           THE INTERPRETER:  If I may, let me double-check that

10  is he looking at the proper document.

11          MR. ELLIS:  May I approach?

12          THE COURT:  Yes.

13          THE INTERPRETER:  I was correct.  Not the right one.

14          THE WITNESS:  Thank you.

15          MR. ELLIS:  Let the record reflect that the witness

16  was looking at Tab 4.

17  BY MR. ELLIS:

18  Q.  So do you recognize these documents at Tab 5?

19  A.  Yes, sir.

20  Q.  Can you describe what these documents are?

21  A.  For me this is a nonvalid check that is nonnegotiable.

22  Q.  Who gave you these documents?

23  A.  Mr. Peter.

24  Q.  Did he give you these documents when he would give you your

25  paycheck?

h3g6pin22                        Jaquez - direct

1   A.  I was never paid with a check.

2   Q.  How were you paid?

3   A.  In cash.

4   Q.  How much were you paid?

5   A.  400 pesos.

6   Q.  Pesos or dollars?

7   A.  Dollars.

8   Q.  You were paid $400 every day?  Per week?  Per month?

9   A.  Weekly.

10  Q.  Were you always paid $400 per week?

11  A.  Yes, sir.

12          MR. ELLIS:  Your Honor, I move that Plaintiffs'

13  Exhibit 5 be moved into evidence.

14          THE COURT:  Any objection?

15          MR. KUBLANOVSKY:  No objection.

16          THE COURT:  It will be admitted into evidence.

17          (Plaintiffs' Exhibit 5 received in evidence)

18  BY MR. ELLIS:

19  Q.  Can you turn to Tab 7.

20  A.  Here.

21  Q.  Do you remember the document at Tab 7?

22  A.  Yes, sir.

23  Q.  There is actually two documents.  Can you describe these?

24  A.  Yes.  This is the paper they would provide to me so that I

25  could fill out the 2 W for my taxes.

1           MR. ELLIS:  Your Honor, I move Plaintiffs Exhibit 7 be

2    admitted into evidence.

3           THE COURT:  Any objection?

4           MR. KUBLANOVSKY:  No objection.

5           THE COURT:  Received.

6           (Plaintiffs' Exhibit 7 received in evidence)

7    BY MR. ELLIS:

8    Q.  Who paid you every week?

9    A.  When Renato was alive, I was paid by Renato, Peter or

10   Maria.  Either one of the three of them, but then towards the

11   end Peter paid.

12   Q.  Were you ever given any written document along with your

13   pay?

14   A.  No.

15   Q.  Were you ever given a document when you were hired

16   explaining how you would be paid?

17   A.  No.  Verbally.

18   Q.  Who explained it to you verbally?

19   A.  Renato.

20   Q.  You said that Peter Renato or Peter or Maria would pay you.

21   How did they know how much to pay you?

22   A.  Because their father would let them know about it.

23   Q.  Did you ever complain to anybody about your pay?

24   A.  No.

25   Q.  Did you ever complain to anybody about your hours?

1    A.  Yes, with Renato before he died.  Because his son -- when

2    Peter took over the business, he increased very much the time

3    of closing.  We never had enough time to close.

4    Q.  What did you tell Peter when you complained about the

5    closing time?

6    A.  No, no, no.  I told Renato, not to Peter.

7    Q.  What did you tell Renato?

8    A.  That why if when I entered into a contract with him, a

9    verbal one, he told me that my schedule was that I would leave

10   at 11:30 from the kitchen.

11   Q.  Was that true?  Did you end up leaving every day at 11:30

12   from the kitchen?

13   A.  No.  With exception of some Sundays when we would close

14   earlier and Superbowl.

15   Q.  Did you ever complain to Peter about your working

16   conditions?

17   A.  The only thing I complained about regarding the kitchen was

18   during the summer because it was very, very, very hot and we

19   could not stand the temperature, the cooks and me.

20          Furthermore, sometimes someone started bleeding from

21   the nose because it was so hot.

22   Q.  Who was that that started bleeding?

23   A.  Angel.

24          THE INTERPRETER:  Can someone instruct him to wait

25   until I finish the interpretation?

h3g6pin22                          Jaquez - direct

1          THE COURT:  You can so instruct him.

2          THE WITNESS:  Pardon.

3          THE INTERPRETER:  He is apologizing.

4    Q.  Now, you said that after Renato died, your hours increased

5    under Peter?

6          THE INTERPRETER:  Repeat, please.

7    Q.  You said after Renato died, Peter increased the hours that

8    it stayed open?

9    A.  Yes, sir.

10   Q.  How much did he increase the hours that the restaurant

11   stayed open?

12   A.  There wasn't a specific hour for closing.

13   Q.  Did you complain to Peter about that?

14   A.  He even -- furthermore, he said a word to all of us, my

15   fellow workers, that he was the emperor at Piccolo Angolo and

16   that we had to do what he would say and leave when he would say

17   so.

18   Q.  When was that conversation?

19   A.  He would say it on several occasions.  It wasn't one

20   specific day.  When he was in a bad mood, he would say that.

21   Q.  Did you receive tips?

22   A.  Yes.  Once I received a tip.

23   Q.  Only once?

24   A.  From one client.

25   Q.  But you weren't a regularly tipped employee?

1   A.  No, sir.

2   Q.  Did you see how the tips were handled by the restaurant?

3   A.  Yes.

4   Q.  I am going to remind you again to wait until the translator

5   is finished interpreting the question.

6   A.  Sorry.

7   Q.  Who handled tips at the restaurant?

8   A.  Maria and Peter.

9   Q.  Did you ever see Peter steal tips from the tip pool?

10  A.  I never saw Mr. Peter steal anything.

11  Q.  Did you see Maria steal tips?

12  A.  Yes, sir.  I did see her several times.

13  Q.  How many times?

14  A.  From the time I started all -- almost every day.

15  Q.  What would you see her do?

16  A.  I had a small metal box in there.  She would put the tips

17  inside of there and then at times the brother was making up the

18  numbers from the cash register.

19          THE INTERPRETER:  Excuse me.  Please repeat.  I might

20  not have translated properly.

21          MR. ELLIS:  Can the court reporter read my last

22  question.

23          (Record read)

24  A.  When she would take the box and she would go to the back

25  part to the kitchen by my side, I would see her when she would

1   take the money and she would put it inside her pocket.

2   Q.  Did you see her distribute tips to the tipped employees

3   Luis and Fernando?

4   A.  No.  That I didn't see.  That was somethings that were

5   theirs.

6   Q.  During the time that Renato was still alive, what was his

7   relationship like with Peter?

8   A.  It was a relationship that sometimes it would confuse me.

9   Q.  Why would it confuse you?

10  A.  Because of the way that the son would treat the father.

11  Q.  How is that?

12  A.  He would discriminate him.

13          MR. KUBLANOVSKY:  I am going to object to this.  I

14  don't see where it is going.

15          THE COURT:  Are you going somewhere that is relevant

16  to the claim?

17          MR. ELLIS:  It is relevant to the claim that Peter was

18  an employer under the meaning of the FLSA.

19          THE COURT:  I am not sure if the meaning of that

20  question is a definition of an employer.

21          MR. ELLIS:  We're talking about a small family

22  business and I think the relationship amongst the family

23  members insofar as defendants' claim that during the time that

24  Renato Migliorini ws alive, he was just an employee and that he

25  had nothing to do with the functioning of the business despite

1    the fact that he was a corporate officer.

2              THE COURT:  I haven't heard any answer yet that has

3    anything to do with his being an employee or a boss.  That

4    wasn't the question and that wasn't the answer.  If you want to

5    inquire what his relationship was with regard to his being an

6    employer, you can ask him.  How he treated the father wouldn't

7    define whether he is an employer or not.

8              MR. ELLIS:  Fair enough.

9    BY MR. ELLIS:

10   Q.  During the time that Renato was alive, was Peter just a

11   regular employee?

12   A.  For me, no.

13   Q.  How would you describe Peter during the time that Renato

14   was still alive for you?

15   A.  For me?  For me it was that practically he was the one who

16   would take all of the decisions pertaining to the restaurant.

17   Q.  Even during the time that Renato was still alive?

18   A.  Yes.

19   Q.  During the time that Renato was still alive, was Maria just

20   a regular employee?

21   A.  Peter and Maria would order us just the same way as any

22   other boss.

23             MR. ELLIS:  One second your Honor.

24             (Pause)

25   Q.  During the time that Renato was still alive, did you ever

 1   hear him argue with Peter about the business?

 2   A.  Yes.

 3   Q.  What did you hear?

 4   A.  When Peter would arrive during the afternoon, he would yell

 5   to his father for him to get out because he was ruining --

 6          MR. KUBLANOVSKY:  Objection as to relevance.

 7          THE COURT:  He can finish answering.

 8   A.  Yell to him to get out because he was ruining the business

 9   because his father was a very complacent person with the

10   clients and he would always treat the clients very nicely.  A

11   little bit more.  Sometimes he would become so aggressive that

12   he would punch against the wall with his fist.

13          MR. KUBLANOVSKY:  Your Honor, I am going to renew the

14   objection.

15          THE COURT:  I will sustain the objection as to the

16   last comment and strike that.

17          MR. ELLIS:  One more line, your Honor.

18   Q.  When you saw Maria steal tips, did she take all of the tips

19   or just some of them?

20   A.  They were quite a bit when she would do that.  I would see

21   that because it was in her hand and I could see her hand like

22   so and then she would place it inside her pocket.

23   Q.  Did you ever tell the other employees she was doing that?

24   A.  No.  I made no commentaries because it wasn't my -- it

25   wasn't for me to consent because I was afraid of losing my job.

1          THE INTERPRETER:  Verbatim as he stated in Spanish.

2          MR. ELLIS:  No further questions.

3   CROSS-EXAMINATION

4   BY MR. KUBLANOVSKY:

5   Q.  Good afternoon, Mr. Jaquez.

6   A.  Good afternoon.

7   Q.  Sir, how many hours did you work at the restaurant per

8   week?

9   A.  Tell the man that I am not answering that.  I am not giving

10  him a bad answer.  He as Peter's attorney knows.  He already

11  knows the hour when I would come in and I would leave.

12  Q.  Sir, please, answer the question.

13          How many hours a week did you work at the restaurant?

14  A.  Depending as there was not a specific time for leaving as I

15  explained to my attorney.

16  Q.  Sir, how many hours did you work at the restaurant?

17          MR. ELLIS:  Objection.  In total?  It is unclear.

18          THE COURT:  Overruled.  He can answer it in any way he

19  understands.

20  A.  If I calculate about 10 to 12 hours from about 10:30 to

21  11:00.  From 10 and a half hours to 11 hours.

22  Q.  So how many hours per week since you calculated did you

23  work?

24  A.  60.  60 and some.  If I am not making a mistake, if I am

25  calculating correctly 60 or around there.

h3g6pin22                          Jaquez - cross

1   Q.  How much were you paid again per week?

2   A.  $400 as I said to my lawyer.

3   Q.  Are you aware that in the joint pretrial order that was

4   submitted in this case by counsel for the parties, your

5   counsel, that it states that you worked approximately 54 hours

6   a week and were paid a fixed salary of $425 per week?

7   A.  No.  They would always pay me 400 pesos per week.

8   Q.  So what I just stated was incorrect?

9   A.  No.  400.

10  Q.  Sir, can you please turn to Tab A in plaintiffs' book.

11          THE COURT:  Plaintiffs' or defendants'?

12          MR. KUBLANOVSKY:  Defendants'.  I apologize.

13  Q.  Sir, do you recognize this document?

14  A.  That was from the first attorney -- from the attorney.

15  Q.  Do you recognize it as the complaint your attorney filed in

16  this action?

17  A.  I did not understand the question.  It is the first time

18  that I have seen this document.

19  Q.  It is?  Do you understand this is a complaint that has been

20  filed on your behalf in this case?

21  A.  Yes.  I am looking at it.

22  Q.  Do you understand this contains your allegations against

23  defendants in this action?

24  A.  Yes.

25  Q.  Can you please turn to page 5.  I will ask you to look at

1    paragraph 23 on that page.  In the second sentence do you see

2    where it says, Plaintiff Jaquez improperly received his

3    compensation at a rate of $425 per week?

4    A.  No.  400.

5    Q.  So that is not correct?

6              THE COURT:  Do you want an answer to that question?

7              MR. KUBLANOVSKY:  I am sorry.

8    A.  No.  That is not correct because I told my attorney from

9    the beginning that I was paid 400 cash.  Excuse me.

10   Q.  Sir, isn't it true you were actually paid $725 per week?

11   A.  Well, tell him to show me a document where thereby they can

12   evidence that they paid me $725.  If it would have been so, I

13   would still be working with that company.

14   Q.  Sir, I asked you isn't it true you were paid $725 per week?

15   A.  But tell him that I just told him that it was $400 in cash.

16   Q.  You stated earlier that you entered a verbal agreement with

17   Renato Migliorini; correct?

18   A.  Yes.

19   Q.  And did that agreement concern how much you were to be paid

20   in the hours you would work at the restaurant?

21   A.  He gave me 400 pesos -- dollars in cash.

22   Q.  That wasn't my question, sir.  My question was if the

23   agreement that you entered into with Renato Migliorini was for

24   the payment of wages and the hours you worked at the

25   restaurant?

h3g6pin22                        Jaquez - cross

1   A.  He told me that he was going to pay me $400, and my

2   schedule for coming in well.

3   Q.  That was part of that agreement that you had with

4   Mr. Migliorini, that verbal agreement; is that correct?

5   A.  No, no, and no again.  I did not understand.

6   Q.  I am just trying to understand what was the verbal

7   agreement you had with Mr. Renato Migliorini.  So my question

8   to you was whether that agreement that you had with Renato

9   Migliorini included how much you would be paid and what hours

10  you would work?

11  A.  Yes, sir.

12  Q.  I believe you testified earlier that you arrived at the

13  restaurant at the beginning when you started working there at

14  around 2:00 p.m.; is that correct?

15  A.  Yes, sir.

16  Q.  And then it changed later to 3:00 p.m.; is that correct?

17  A.  After two years, yes, sir.

18  Q.  Are you sure it was after two years and not after a few

19  weeks?

20  A.  No.  After the two years.

21  Q.  Who was at the restaurant when you arrived to start your

22  shift?

23          THE INTERPRETER:  Repeat, please.

24  Q.  Who was at the restaurant when you arrived to start your

25  shift?

1   A.  Angel was there, Renato, every now and then Peter, and the

2   same way as Maria and the mother of Peter and Maria, sometimes

3   they were also there.

4   Q.  I believe you testified earlier that Peter and Maria would

5   be in three days a week but not necessarily at the same time;

6   correct?

7   A.  They were always there.  They would always be working at

8   the restaurant.  And Peter would leave and would give us orders

9   specifically for Tuesdays and Wednesdays.  And he would go home

10  and Maria would close the restaurant.

11  Q.  I am not sure about your testimony.  I thought you

12  testified earlier that Peter was not there all the time and

13  neither was Maria because they only worked three days a per

14  week?

15  A.  Yes.  I said that earlier.  I said that at the beginning,

16  but I am explaining to you that those two days he would go to

17  make his wine orders, that the ones from the company would sit

18  there to drink with him, and then he would go.

19  Q.  I may be more confused as to your answer.  I am still not

20  clear.  I think you said, Yes, Peter would be there three days

21  a week; is that correct?

22  A.  Yes (in English).

23  Q.  Please wait for your interpreter.

24  A.  Sorry.

25  Q.  No.  Maria was there three days a week there working and

h3g6pin22                           Jaquez - cross

1    Peter, also.

2    Q.  Three days a week?

3    A.  Yes, sir.

4    Q.  So by definition Peter would not be there four days a week;

5    can we agree on that?

6    A.  I didn't understand the question.

7    Q.  If you are saying Peter was there three days a week, that

8    means he wasn't there four days a week; correct?

9    A.  With the exception of Mondays.  I mean, Sundays because

10   that was his day off, and Mondays.

11   Q.  So you are talking about there are two other workdays that

12   he was not there; correct?

13   A.  On Sundays because on Mondays the restaurant was closed.

14   Q.  Sir, was Renato Migliorini there every day?

15   A.  Yes, before he became ill.

16   Q.  Before he became ill, isn't it true he was there seven days

17   a week?

18           THE COURT:  Seven or several?

19           MR. KUBLANOVSKY:  Seven.

20   Q.  If you know.

21   A.  Peter's father?

22   Q.  Yes.  Isn't it true that Renato Migliorini was at the

23   restaurant the entire time?

24   A.  I do not know what to tell you about Mondays because

25   Mondays I would never go there to the restaurant then.

1    Q.   Fair enough.  But for the other six days fair to say

2    Mr. Renato Migliorini was there?

3    A.   Yes, sir.

4    Q.   Thank you.

5          Sir, did you ever place any food orders with vendors?

6    A.   No, never.

7    Q.   Whose job was that?

8    A.   Peter's and Renato's.

9    Q.   Do you know if Angel sometimes would place orders?

10   A.   No, no.

11   Q.   Is your testimony that Angel Guayllasac did not place food

12   orders with vendors?

13   A.   Me, when I was always in the kitchen, my job was -- I would

14   be at the kitchen and I would start preparing my line for

15   service for the clients.

16   Q.   So you don't know one way or another whether Angel

17   Guayllasac placed orders?

18   A.   As I told you already, Peter and Renato were the ones who

19   would place the orders.  My job was the kitchen.

20   Q.   Did you have a key to the restaurant?

21   A.   No, never.

22   Q.   Earlier you said that I believe Renato, Peter, or Maria

23   paid you your wages; is that correct?

24          THE INTERPRETER:  Waiters; is that what you said, sir?

25          MR. KUBLANOVSKY:  Paid you your wages.

1          THE INTERPRETER:  Thank you.

2    A.  Yes, sir.

3    Q.  When you say, "paid you your wages," do you mean they

4    handed you cash on a weekly basis?

5    A.  Yes, sir.

6    Q.  You testified earlier that you believed that Maria

7    Migliorini was stealing tips; is that right?

8    A.  Yes, sir, I said that.

9    Q.  And based on the fact that you saw Ms. Migliorini count

10   tips from the tip box and put the cash -- some cash into her

11   pocket; correct?

12   A.  Yes, sir.  I would see her every day.

13   Q.  Every day?

14   A.  With the exception of Mondays, which was my day off.

15   Q.  Whose job was it to pay out -- to hand out the tips at the

16   restaurant to the tipped employees?

17   A.  The two, Peter and Maria.

18   Q.  Do you know what Maria did with the cash you saw her put

19   into her pocket?

20   A.  Yes.  She would go and take it out of her pocket and she

21   would place it in her purse.

22   Q.  Maria was waitress at the restaurant, wasn't she?

23   A.  Yes, sir.  Excuse me.  Supposedly, allegedly so.

24   Q.  Do you know how the tips were calculated at the restaurant?

25   A.  Well, I do not know how they were calculated, but I do know

1   that she took money from there.

2   Q.  Do you know how the credit cards tips were calculated?

3   A.  Well, from what I could observe, the only one who would

4   take out, calculate that from the credit cards was Peter most

5   of the times.

6   Q.  What about the other times?

7   A.  I did not understand the question.

8   Q.  You said Peter most of the time.  Who else did it the rest

9   of the time?

10  A.  Maria.  Specifically on Sundays when he didn't work, she

11  was the one in charge of the business and she would calculate

12  these things.

13  Q.  You testified she would calculate the tips; but you don't

14  know how they were calculated, do you?

15  A.  Tell him that I am going to answer to him, but I am not

16  going to be making a rude or bad answer to you.

17          I would see her taking money out of the box, but I

18  never asked her and it was not my job and it was nothing about

19  that I had to worry about.

20  Q.  Thank you.

21  A.  Or important for me.

22  Q.  You said that Peter and Maria worked three days a week

23  respectively yet you said they made all of the decisions at the

24  restaurant even working three days a week; is that your

25  testimony?

1    A.  During the beginning they worked three days.  But

2    afterwards and then towards the year -- almost a year -- almost

3    towards the end of a year, then they were in charge of the

4    restaurant.  But during the first two years, Renato was always

5    there, and then at those times they would go through days per

6    week specifically as I said so.

7    Q.  Sir, what would you do when you finished your shift at the

8    restaurant?

9    A.  Tell him again I am going to answer that question to him

10   because he already previously made that question to me.  Clean

11   my station, clean up the refrigerator where the food was

12   placed, clean the top part of the refrigerator which was made

13   of wood, and to brush it off, and to clean up my stove.

14   Q.  Then what did you do?

15   A.  To wait for them to give me the orders so that I could

16   leave.

17   Q.  What was there left to do after you finished cleaning that

18   you had to wait for them to tell you what to do?

19   A.  In what sense are you asking this question from me?  What

20   do you mean by it?

21   Q.  I am just asking the question, sir, what did you do after

22   you finished cleaning up?

23   A.  To wait for them to tell me -- to wait for Mr. Peter to

24   tell me that I could go home and then I could go home or to

25   wait for the ticket that Maria would send that the restaurant

1    was closed so that I could go back home.

2    Q.  Why did you leave the restaurant on February 7th, 2015?

3    A.  Because Mr. Peter laid me off.

4    Q.  Why did he lay you off?

5    A.  Well, as I just explained to my attorney, he says -- I do

6    not know if he continues saying so -- that he is an emperor so

7    then we would have to do what he would say and we would have to

8    leave when he said so.

9    Q.  Isn't it true you were fired because you came into a

10   crowded dining area, showed Mr. Migliorini your middle finger

11   and yelled expletives at him?

12   A.  The finger I did show it to him.  But expletives, I never

13   said those.  I am a decent man and I never use those words and

14   he knows that.

15   Q.  Sir, can you turn to Exhibit C in defendants' exhibits?

16              THE INTERPRETER:  Again, he is pointing somewhere.

17   A.  Where, sir?

18   Q.  Sir, this is a document.  It is plaintiff's Rule 56

19   counterstatement.  It was submitted by your attorney in

20   opposition to defendants' motion for summary judgment.

21              THE COURT:  Slow down.

22              THE INTERPRETER:  Do you recognize this document?

23              MR. KUBLANOVSKY:  Well, I didn't get there yet.

24              THE COURT:  What is your question?

25   Q.  My question is -- can you please turn to page 10 of this

1  document.

2  A.  I do not understand anything about that.

3          THE COURT:  Let's just move on.

4  A.  Page 10.

5  Q.  Page 10 at the top.  It says paragraph 42.  This was a

6  statement from defendants that says, "On February 7, 2015,

7  Mr. Jaquez on his way out from the restaurant and in the middle

8  of the restaurant's dining area turned to Peter Migliorini,

9  yelled various vile obscenities at him, and gestured to him

10  with his middle finger."

11          Do you see in response it says, Agree?

12  A.  Yes.

13  Q.  Do you understand that that is your counsel agreeing to

14  that statement?

15  A.  Yes.

16          MR. KUBLANOVSKY:  No further questions, your Honor.

17          THE COURT:  Any further questions?

18          MR. ELLIS:  No, your Honor.

19          THE COURT:  Thank you, sir.  You can step down.

20          (Witness excused)

21          THE COURT:  Let's take a 10-minute break.

22          Before we do that, do you have anything further, or

23  are you going to rest?

24          MR. ELLIS:  Plaintiffs rest.

25          THE COURT:  Let's take a 10-minute break.

1           MR. KUBLANOVSKY:  Before we break, there is another

2   reminder.  I know Mr. Migliorini has to leave around 4:00.  Mr.

3   Ortiz, who we have a translator here for as the next witness is

4   okay so we may be able to stay past 4:00.  I wanted to make the

5   Court aware.

6           THE COURT:  Who are you calling next?

7           MR. KUBLANOVSKY:  Fernando Ortiz.

8           THE COURT:  I would like to finish him today.

9           MR. KUBLANOVSKY:  As would I, your Honor.

10          THE COURT:  We're going to continue even if

11  Mr. Migliorini has to leave.

12          (Recess)

13          THE COURT:  You may be seated.

14          Mr. Kubanovsky.

15          MR. KUBLANOVSKY:  Thank you, your Honor.

16          We would like to call Fernando Ortiz to the stand.

17          THE COURT:  Yes.

18          (Interpreter sworn)

19   FERNANDO ORTIZ,

20      called as a witness by the Plaintiffs,

21      having been duly sworn, testified as follows:

22  DIRECT EXAMINATION

23  BY MR. KUBLANOVSKY:

24  Q.  Good afternoon, Mr. Ortiz.

25  A.  Good afternoon.

h3g6pin22                    Ortiz - direct

1    Q.  Can you please state your name and address for the record.

2    A.  Fernando Ortiz.  My address is 401A Kennedy Boulevard,

3    Fairview, New Jersey.

4    Q.  Where were you born and raised?

5            THE INTERPRETER:  Please repeat for the interpreter.

6    Q.  Sir, where were you born and raised?

7    A.  Dominican Republic.

8    Q.  How long have you lived in the United States?

9    A.  Almost 25 years.

10   Q.  Sir, where do you currently work?

11   A.  Piccolo Angolo.

12   Q.  When did you start working at Piccolo Angolo?

13   A.  January 14th, 1993.

14   Q.  What kind of restaurant is Piccolo Angolo?

15   A.  Italian.

16   Q.  Where is it located?

17   A.  621 Hudson.

18   Q.  In Greenwich Village?

19   A.  Yes.

20   Q.  Relative to the size of this courtroom, how big is the

21   restaurant?

22   A.  I would say like a fourth.

23   Q.  A quarter of the size?

24   A.  Fourth or maybe less than that.

25   Q.  How many tables does it have to seat customers?

h3g6pin22                         Ortiz - direct

 1   A.  23.

 2   Q.  What were you hired to do at the restaurant?

 3   A.  As a waiter.

 4   Q.  Is that still your position?

 5   A.  Correct.

 6   Q.  When you started at Piccolo Angolo, who were the owners at

 7   the time?

 8   A.  Renato.

 9   Q.  That is Renato Migliorini?

10   A.  Yes.

11   Q.  Did you know if there were any other owners at the time?

12   A.  Yes.

13   Q.  Who else?

14   A.  His brother, Mario.

15   Q.  What was your work schedule when you first started?

16   A.  Came in at 4:00 p.m. in the afternoon until 11:00 p.m.

17   Tuesday, Wednesday, and Thursday.  And Friday and Saturday,

18   4:00 to midnight.  And Sunday, 3:00 until 10:00.

19   Q.  During that time what were the operating hours for the

20   restaurant?

21   A.  Tuesday, Wednesday, and Thursday, 5:00 p.m. to 11:00 p.m.

22   in the evening.  Friday and Saturday, 5:00 to 12:00.  And

23   Sunday, 4:00 to 10:00.

24   Q.  Did the restaurant ever close early?

25   A.  Many times.

1  Q.  Were employees allowed to leave when the restaurant closed

2  early?

3  A.  Sure.

4  Q.  Did the employee still be paid their regular wages even

5  though they left early?

6  A.  Normally.

7  Q.  What were your responsibilities as a waiter?

8  A.  To assure that the room was correctly set up, the tables,

9  and the wine and everything.  Everything else.

10  Q.  Did that include serving customers?

11  A.  Yes.

12  Q.  Did any of the plaintiffs in this action work at Piccolo

13  Angolo when you started working there?

14          THE INTERPRETER:  Can you please repeat?  The

15  interpreter didn't hear.

16  Q.  Did any of the plaintiffs in this action work at Piccolo

17  Angolo when you started working there?

18  A.  No.

19  Q.  Did any of the plaintiffs in this action start working at

20  Piccolo Angolo after you?

21  A.  Yes.

22  Q.  Which of the plaintiffs worked with you early on in the

23  restaurant when you were working there?

24  A.  Angel Guayllasac.

25  Q.  What was he hired to do at the beginning?

 1    A.  As a dishwasher.

 2    Q.  Did his job ever change over time?

 3    A.  Yes.

 4    Q.  What other positions did he hold?

 5    A.  He went to the salad area and later on as a cook.

 6    Q.  Do you know if he ever operated as a kitchen manager?

 7    A.  Yes.

 8    Q.  So he was in charge of managing the kitchen?

 9            MR. ELLIS:  Objection.  Leading, your Honor.

10            THE COURT:  I will let it stand.  Do less leading.

11    A.  Yes.

12    Q.  During the time you worked at the restaurant and before

13    Renato Migliorini's death, who was the boss at the restaurant?

14    A.  Renato is.

15    Q.  Before Mr. Renato Migliorini passed away, was there any

16    other boss at the restaurant?

17    A.  No.

18    Q.  Who did the employees at the restaurant report to?

19    A.  Renato.

20    Q.  Did that include you?

21    A.  Sure.

22    Q.  Did it include Peter and Maria Migliorini as well?

23    A.  Sure.

24    Q.  Is that because they were also employees at the restaurant?

25    A.  That is the way he considered it.

1    Q.  So that it is clear my questions from this point all

2    concern the time period before Renato Migliorini's death.

3              THE INTERPRETER:  Before?

4              MR. KUBLANOVSKY:  Before.

5    Q.  Did Peter or Maria Migliorini have the power to hire or

6    fire employees?

7    A.  No, no.

8    Q.  Who did?

9    A.  Renato.

10   Q.  By the way, did there come a time when Mario or Costanzo

11   Migliorini was no longer an owner of the restaurant?

12   A.  Would you repeat the question, please?

13   Q.  Sure.

14             Was there a time when Mario Migliorini or Costanzo,

15   Migliorini stopped being an owner of the restaurant?

16   A.  Yes.

17   Q.  Do you recall when that would have been?

18   A.  Yes, yes.

19   Q.  When?

20   A.  I don't remember exactly the date, but there was a time

21   when they were no longer partners.  They were not together.

22   Q.  Would this have been around 2005 or 2006.  Does that

23   refresh your recollection?

24   A.  Yes, yes.  Approximately 2005.

25   Q.  Who set employee compensation at the restaurant?

1    A.   Renato.

2    Q.   Who set employee work schedules at the restaurant?

3    A.   Renato.

4    Q.   Who disciplined employees at the restaurant?

5    A.   Renato.

6    Q.   When any of the employees had a question about their jobs,

7    who would they go to?

8    A.   Renato.

9    Q.   Did that include you?

10   A.   Of course.

11   Q.   Did that include Peter and Maria Migliorini as well?

12   A.   Yes.

13   Q.   So if an employee had a question about his or her

14   compensation, who would they go to?

15   A.   Renato.

16   Q.   How often was Renato Migliorini at the restaurant during

17   the week?

18   A.   Well, approximately Renato got there at about 11:00, 11:30.

19   Something like that.  Sometimes he would remain until 9:30 and

20   sometimes until closing.

21   Q.   How many days per week was he at the restaurant?

22   A.   Six.

23   Q.   Do you know if he would go in Mondays when the restaurant

24   was closed?

25   A.   Yes.

1  Q.  In the time that you worked at the restaurant and aside

2  from Renato Migliorini's illness before he passed away, did

3  Renato Migliorini ever take a vacation from the restaurant?

4  A.  No.

5  Q.  By the way, did you ever make a loan to the restaurant?

6            THE INTERPRETER:  Will you repeat that, please?

7  Q.  Did you ever make a personal loan to the restaurant?

8  A.  Never.

9  Q.  Sir, was Mr. Guayllasac's position at the restaurant

10  different from the other employees?

11  A.  Yes.

12  Q.  How so?

13  A.  He would arrive first before anybody else and he would take

14  care of the inventory in the basement and looked into whether

15  there was meat needed.  He looked into everything.

16  Q.  Do you know if he ever placed orders with vendors?

17  A.  No.

18  Q.  Do you know if he ever communicated to Renato Migliorini

19  what was in the inventory of the restaurant?

20  A.  Always.

21  Q.  Did you understand that he did so for Renato Migliorini to

22  be able to order food for the restaurant?

23  A.  Yes.

24  Q.  And supplies for the restaurant?

25  A.  Yes.

h3g6pin22                     Ortiz - direct

```
 1   Q.  Did Migliorini Renato rely on Mr. Guayllasac for that
 2   information?
 3   A.  Yes.
 4   Q.  What other responsibilities did Mr. Guayllasac have?
 5   A.  Well, it was everything, inventory, cook, yes, that.
 6   Q.  Did he have a key to the restaurant?
 7   A.  Yes.
 8   Q.  Would he sometimes open the restaurant in the morning?
 9   A.  Yes.
10   Q.  Would you sometimes help close the restaurant in the
11   evening?
12   A.  Yes.
13   Q.  Was he viewed as the second in command to Renato
14   Migliorini?
15           MR. ELLIS:  Objection, leading.
16           THE COURT:  Sustained.
17           Don't answer that question.
18           MR. KUBLANOVSKY:  I will ask it differently.
19   Q.  How would you characterize Mr. Guayllasac's position
20   relative to Renato Migliorini?
21   A.  Could you please repeat the question?
22   Q.  Sure.
23           How would you characterize Mr. Guayllasac's position
24   relative to that of the owner, Renato Migliorini?
25   A.  It was a very cordial relationship.  Very familial like.
```

1   Q.  With respect to the business side, did you view him as part

2   of the management team?

3   A.  Yes.

4   Q.  Did any of the other plaintiffs in this action have a key

5   to the restaurant?

6   A.  No.

7   Q.  Did you?

8   A.  Not at that time.

9   Q.  Do you have a key now?

10  A.  Yes.

11  Q.  When did the kitchen open each day to start serving

12  customers?

13          THE INTERPRETER:  Will you please repeat?

14  Q.  When did the kitchen open each day to start serving

15  customers?

16  A.  5:00 p.m.  Yes, 5:00.

17  Q.  Do you know when the first reservation was generally made

18  each day at the restaurant?

19  A.  Generally 5:30.

20  Q.  Would the restaurant ever start serving customers prior to

21  5:00 p.m.?

22  A.  Never.

23  Q.  What time did the kitchen usually close each night?

24  A.  10:30 and on Sundays 9:30.

25  Q.  Is that when the kitchen stopped taking food orders?

1   A.  Yes.

2   Q.  After the kitchen closed, what were Mr. Guayllasac's

3   responsibilities?

4            MR. ELLIS:  Objection.  Basis, foundation.

5            THE COURT:  Overruled.  You can cross-examine on that.

6   A.  Could you repeat the question, please?

7   Q.  After the kitchen closed, what were Mr. Guayllasac's

8   responsibilities?

9   A.  To clean his station and the kitchen and then to leave the

10  order that is what was needed so that Renato could order the

11  items.

12  Q.  Would you see him clean his station in the evenings?

13  A.  Yes.

14  Q.  Would you ever see him tell Mr. Renato Migliorini the

15  orders for the next day?

16  A.  Yes.

17  Q.  Do you know how long it would normally take him to clean up

18  each night?

19  A.  No more than 20 minutes.

20  Q.  Do you know what he did after he finished cleaning up?

21  A.  Yes.

22  Q.  What did he do?

23  A.  He would go down, change, and then when he came up he left

24  the order.

25  Q.  So what time did he usually leave in the evenings?

1  A.  11:20.  No later than 11:20 during the week.  Friday and

2  Saturday, 12:15, 12:20.  And Sunday, 10:20.

3        MR. KUBLANOVSKY:  Can I go off the record really

4  quickly?

5        THE COURT:  Yes.

6        (Pause)

7  Q.  Did Mr. Guayllasac ever stay longer in the evenings?

8  A.  Yes.

9  Q.  What would he be doing?

10  A.  Sometimes it was a soccer game or a baseball game, he

11  wanted to drink a glass of wine or a beer.

12  Q.  Would he do that with any of the other employees?

13  A.  With all of them.  Anybody who wanted to.

14  Q.  This was after they finished their shifts at the

15  restaurant?

16  A.  Yes.

17  Q.  Did the restaurant ever charge them for the beer and wine

18  that they drank?

19  A.  No.

20  Q.  What about the food that they ate?

21  A.  Neither.

22  Q.  Who is Luis Pineda?

23  A.  He was a coworker out in the room as a busboy.

24  Q.  When did Mr. Pineda start working at the restaurant?

25  A.  We could say 2002, 2003.

1   Q.  After you started working, though?

2   A.  Yes.

3   Q.  Do you know who hired Mr. Pineda?

4   A.  Yes.

5   Q.  Who?

6   A.  Renato.

7   Q.  How long did Mr. Pineda work at Piccolo Angolo?

8   A.  A little bit more than 11 years.

9   Q.  What responsibilities did he have at the restaurant?

10  A.  He had to make sure that the wine bottles of the house were

11  full and that the tables would have water served and they would

12  be clean by the time the restaurant opened.

13  Q.  Did you work closely with Mr. Pineda?

14  A.  Yes.

15  Q.  Did you work closely with all of the employees at the

16  restaurant?

17  A.  Yes.

18  Q.  Do you know what time Mr. Pineda usually started working

19  each day at the restaurant?

20  A.  Yes.

21  Q.  Can you please tell us what times he started working during

22  the week?

23  A.  At 4:00 p.m.

24  Q.  Do you know what time Mr. Pineda usually left the

25  restaurant?

1   A.  Yes.

2   Q.  When?

3   A.  Since we had different hours during the week and because

4   Friday and Saturday the days were longer, I would say that it

5   would be 45 minutes after the kitchen closed.

6   Q.  Did the kitchen close approximately half an hour before the

7   restaurant closed?

8            MR. ELLIS:  Objection, leading.

9            THE COURT:  Sustained.

10  Q.  Sir, what time did the kitchen close?

11  A.  11:00.  But Friday and Saturday, it closed at 11:30.  And

12  on Sundays at 10:00.

13  Q.  How long would it normally take Mr. Pineda to clean up each

14  night?

15  A.  I was not in charge of cleaning.  So only that the table

16  should be properly set.  So at the end there were not so many

17  people so there were not so many tables that had to be set.

18  Q.  So what did he do after he finished cleaning up or setting

19  the tables?

20  A.  Sometimes he would leave immediately and sometimes he would

21  stay with the guys, with us.

22  Q.  Could he stay voluntarily?

23  A.  Yes, yes.

24  Q.  Would all the employees stay voluntarily?

25  A.  Yes.

1    Q.  Who is Eddie Jaquez?

2    A.  He came in at work as a cook and he was the last employee

3    who came there.

4    Q.  What do you mean he was the last employee who came there?

5    A.  From the entire group of employees, he is the one who had

6    the least amount of time working there.

7    Q.  Thank you.

8         You may have said this, but when did Mr. Jaquez start

9    working at the restaurant?

10   A.  2011, 2012.  Probably 2011.

11   Q.  Who hired Mr. Jaquez?

12   A.  Renato.

13   Q.  What was Mr. Jaquez's position at the restaurant?

14   A.  Cook.

15   Q.  What responsibilities did he have?

16   A.  Just cooking and to clean his station whenever he ended his

17   work.

18   Q.  Did he have different cooking responsibilities than

19   Mr. Jaquez?

20   A.  Yes.

21   Q.  Did he make different dishes?

22   A.  Yes.

23   Q.  What did he prepare?

24   A.  He was in charge of the meat at the boiler.

25   Q.  What time did Mr. Jaquez usually start working each day at

1    the restaurant?

2    A.  5:00.

3    Q.  What time did he usually leave?

4    A.  11:20, 11:25 when he didn't remain there with the group.

5    Q.  What were Mr. Jaquez's responsibilities before leaving for

6    the night?

7    A.  Just to clean his station, and he was ready to leave.

8    Q.  How big was his station relative to the witness box that

9    you are in?

10   A.  You mean his alone?  Because the kitchen is small.  You

11   know, everything is altogether there.

12   Q.  His alone.

13   A.  His alone, well, probably like this size.

14   Q.  About 2 to 3 feet in length?

15   A.  The width of the desk.  A little bit smaller than the desk.

16   Q.  How long would it take him to clean up each night?

17            MR. ELLIS:  Objection.  Calls for speculation.

18            THE COURT:  Overruled.

19            He can answer.

20            THE WITNESS:  Can I answer?

21            THE COURT:  Yes.

22   A.  20 -- 15 to 20 minutes.

23   Q.  Would you see him cleaning up each night?

24   A.  Yes.

25   Q.  Who is Israel Arizmendi?

1   A.  He was another employee.

2   Q.  When did Mr. Arizmendi start working at the restaurant?

3   A.  He was there two times.

4   Q.  What is the first time he was there?

5   A.  The first time I would say 1999, yes.

6   Q.  When was the second period?

7   A.  One year after that.

8   Q.  Do you know why there was a gap between 1999 and when he

9   started working at the restaurant again?

10          MR. ELLIS:  Objection, your Honor.

11          MR. KUBLANOVSKY:  I am asking if he knows.

12          THE COURT:  Do I care?

13          MR. KUBLANOVSKY:  You may not.

14          THE COURT:  Just move on.

15          MR. KUBLANOVSKY:  That is a better question, your

16   Honor.

17   Q.  Who hired Mr. Arizmendi?

18   A.  Renato.

19   Q.  How long did Mr. Arizmendi work at Piccolo Angolo in total?

20   A.  Three years.

21   Q.  What was his position at the restaurant?

22   A.  Salad man.  He made salads and then to wash the pots and

23   pans.

24   Q.  Did he work in the kitchen?

25   A.  Yes.

1    Q.  Did he work in the kitchen with Mr. Jaquez and

2    Mr. Guayllasac?

3    A.  Yes.

4    Q.  What time did Mr. Arizmendi usually start working each day

5    at the restaurant?

6    A.  He came in a little later.  He would start about 5:15, 5:30

7    because he had another job.  And that was the condition, that

8    when he would leave the other job, then he would come.

9    Q.  So Mr. Arizmendi had another job that he worked at before

10   coming to the restaurant?

11   A.  Yes.

12   Q.  So he would start later at the restaurant because he

13   arrived later coming from his other job?

14   A.  Yes.

15   Q.  What time did Mr. Arizmendi usually leave?

16   A.  Before Angel and Eddie.  His station was easy to clean.

17   Q.  Do you know how long it would usually take him to clean his

18   station?

19   A.  No more than 15 minutes.

20   Q.  Would you ever see him cleaning his station?

21   A.  Yes.

22   Q.  Did Mr. Arizmendi have any other responsibilities before

23   leaving?

24   A.  No.

25   Q.  Who is Robinson Ortega Diaz?

1    A.  He was the one who washed the dishes.

2    Q.  Did he work at Piccolo Angolo?

3    A.  Yes.

4    Q.  He was a dishwasher at Piccolo Angolo?

5    A.  Yes.

6    Q.  When did Mr. Diaz start working at the restaurant?

7    A.  2013.

8    Q.  Who hired Mr. Diaz?

9    A.  Renato.

10   Q.  Was Renato Migliorini alive at the time Mr. Diaz worked at

11   the restaurant?

12   A.  Yes.

13   Q.  Is Mr. Diaz related to Mr. Jaquez?

14   A.  Yes.

15   Q.  What time did Mr. Diaz usually start working each day at

16   the restaurant?

17   A.  At 2:00 because he had to clean the floor.

18   Q.  What time did he usually leave?

19   A.  The time would depend on the amount of people that was

20   still there in the room, but he would leave together with Luis.

21   When nobody was there in the room, they would leave.

22   Q.  Luis Pineda?

23   A.  Yes.

24   Q.  Do you know how long it would normally take Mr. Diaz to

25   clean up each night?

1   A.  After he received all the glasses and all the plates, it

2   would take him 10 minutes.

3   Q.  How much were you paid at the restaurant?

4   A.  Me, 450 a week plus tips.

5   Q.  How did you receive your wages?

6   A.  Cash.

7   Q.  Who handed you your wages?

8   A.  Generally Renato or sometimes it would be Peter or Maria.

9   Q.  Did you ever complain about your compensation at the

10  restaurant?

11  A.  No.

12  Q.  Did any of the plaintiffs ever complain to you about their

13  compensation at the restaurant?

14  A.  No.

15  Q.  Can you please describe to us what happened at the

16  restaurant on the evening of February 27th, 2015?

17  A.  That was a day that started normally.  We were all talking.

18  We were just conversing.  And as a matter of fact Eddie Jaquez

19  told me he had a family party that evening and he invited me to

20  go to his home.  I told him that I would probably not be able

21  to go because I left later.  And then he told me as soon as he

22  ended, he would go directly to his home.  And if I wanted to

23  go, I could go with his cousin, Robinson.  And then we were

24  working the entire day normally.

25          It was a very, very busy day.  And around 10:30 we sat

1    down the last reservation, and I placed an order 15 minutes

2    after.  That means 10:45.  And when I placed the order, he look

3    at me in a nice way, but didn't say anything.

4           And approximately about 11:20 they were communicating

5    between themselves and suddenly they all left the kitchen and

6    Peter was in the restaurant that night and said, Guys, what is

7    going on?  And Mr. Jaquez told him what -- I cannot repeat the

8    word, but he also made a signal with the finger in the middle

9    of the room that was full of customers.  And at that moment

10   Peter said, I have not fired all of you, but you are fired

11   right now.  And they left.  They went downstairs.  I went to

12   talk to them, trying to have at least a group come back and

13   they said no.  And Eddie asked me, And you, are you going to

14   stay?"  And I said, Yes, I am responsible for my actions.  If

15   you want to leave, I have nothing to tell you.  That's it.

16   Q.  Did any of the plaintiffs tell you why they were leaving?

17   A.  No.

18   Q.  Did you ever tell any of the plaintiffs that you were an

19   owner in the company and that is why you were not leaving?

20   A.  No.  No.  No.

21   Q.  Are you an owner in the company?

22   A.  No.  No.

23   Q.  After Renato Migliorini died, who became your boss?

24   A.  Peter.

25   Q.  Did you consider Peter your boss before Renato Migliorini

 1  died?

 2  A.  No.  No.

 3  Q.  Did you consider Maria your boss at any time?

 4  A.  No.

 5  Q.  Did you ever hear Peter Migliorini call himself the emperor

 6  of the restaurant?

 7  A.  Never.

 8  Q.  Did you ever hear him tell that to any employee?

 9  A.  Never.

10         MR. KUBLANOVSKY:  No further questions.

11         THE COURT:  Mr. Ellis.

12         MR. ELLIS:  Thank you, your Honor.

13  CROSS-EXAMINATION

14  BY MR. ELLIS:

15  Q.  Good afternoon.

16  A.  Good afternoon.

17  Q.  You testified earlier that you were paid $450 a week; is

18  that correct?

19  A.  Plus tips.

20  Q.  Plus tips.

21         How much are your tips on an average day?

22  A.  Average, I would say 200, 220.

23  Q.  Do you know how much the restaurant makes on an average day

24  in tips?

25  A.  No.  Because it was -- it changed a lot.  Even with the

1  seasons, it changes a lot.

2  Q.  Sure.  What is the most you have seen the restaurant make

3  in one day with tips?

4  A.  650 total.

5  Q.  What is the least you have seen the restaurant make in a

6  day in tips?

7  A.  180 total.

8              THE COURT:  How much did you say?

9              THE INTERPRETER:  180, your Honor.

10             THE COURT:  180?

11             THE INTERPRETER:  Yes.

12 Q.  Who gets to keep the tips?

13 A.  Well, there was a way to divide the tips.  15 percent would

14 go to Luis.

15 Q.  Is that 15?

16 A.  15.  One, five.

17             And the rest was divided among Peter, Maria and me.

18 It all had to do with whether Peter was working at the tables

19 or not.

20 Q.  So if Peter was working at the tables, how much would you

21 get?

22             THE INTERPRETER:  You singular or plural?

23             MR. ELLIS:  Mr. Ortiz.

24 A.  One-third of what remained after the 15 percent.

25 Q.  If Peter wasn't working the tables, how much would you

1    make?

2    A.   I would get 50 -- 50 percent after the 15 was taken out.

3    Q.   Do you consider yourself a regular employee in the

4    restaurant?

5    A.   Yes.

6    Q.   You've been there the longest; isn't that correct?

7    A.   Yes.

8    Q.   Do you think you have seniority at the restaurant?

9    A.   No.

10   Q.   You don't think that because you have been there the

11   longest that you occupy a special role in the restaurant?

12   A.   No.  Even more so.  If there was anything that was needed

13   in the kitchen, I would say, Well, what do you need from me?

14   That means if I wasn't busy at the time.

15   Q.   Did you punch in and out every day?

16   A.   No.

17   Q.   Did any of the other employees?

18   A.   No.

19   Q.   Did Peter and Maria before Renato died?

20   A.   No.

21   Q.   When you are paid, are you paid in cash?

22   A.   Yes.

23   Q.   So you are not given a pay stub, nothing like that?

24   A.   Oh, yes.  Yes.

25   Q.   So you get a pay stub?

1    A.  Yes.  A pay stub.

2    Q.  Do you know if there are deductions made from your wages

3    for taxes and social security and that type of thing?

4    A.  Yes.  Because I see that in the W-2.

5    Q.  When Mario was an owner in the restaurant, what was his

6    role?

7    A.  Mario would prepare the sauces, the different types of

8    sauces that were used.  He would prepare some specials that had

9    to be prepared in advance.

10   Q.  What about after Mario left the restaurant, who would

11   prepare those sauces and those specials?

12   A.  Renato and Angel would do them.  They had a good

13   relationship.

14   Q.  Did Peter and Maria's involvement in the restaurant

15   increase after Mario left?

16            THE INTERPRETER:  After Mario left?

17            MR. ELLIS:  Yes.

18   A.  No.

19   Q.  So when Mario was there he was one of your bosses; right?

20   A.  No.  I didn't see Mario.  No, Mario would arrive at about

21   4:00 a.m. and then at the latest, 10:00, 10:30 a.m., he would

22   leave.  That's why angel had a key to get in.  Because when it

23   was 11:00, 11:30, the restaurant was closed because Mario had

24   left already.

25   Q.  When did Peter start working at the restaurant?

 1    A.  1996.  But occasionally he used to come.

 2    Q.  When did Maria start working at the restaurant?

 3    A.  Maria from the beginning.

 4    Q.  Did Peter's role in the restaurant increase in or around

 5    2005?

 6    A.  No.

 7    Q.  Did Maria's role increase at that time?

 8    A.  Neither.

 9    Q.  Do you consider Peter part of management?

10    A.  Right now?

11    Q.  Yes.

12    A.  Yes.

13    Q.  When did you begin to consider him part of management?

14    A.  After Renato died.

15    Q.  Do you consider Maria part of management?

16    A.  No.

17    Q.  Not now?  Not ever?

18    A.  No.

19    Q.  Do you consider Angel Guayllasac part of management?

20    A.  Yes.

21    Q.  Why is that?  Why is he a manager and not Peter?

22    A.  Well, at that time Angel was in charge of seeing what was

23    needed -- everything that was needed at the restaurant.  He

24    would prepare a list and at night he would get together with

25    Renato and would give him the list or would send it to him.

h3g6pin22                     Ortiz - cross

1   Q.  So that is why you consider him part of management?

2   A.  Sure.

3   Q.  Did you ever see Angel hire anyone?

4   A.  No.

5   Q.  Did he have that power?

6   A.  No.

7   Q.  Did he have the power to fire anyone?

8   A.  No.

9   Q.  Did he have the power to set anyone's schedule?

10  A.  No.

11  Q.  Who had those powers?

12  A.  Renato did.

13  Q.  After Renato died, who did?

14  A.  Peter.

15  Q.  Maria never had those powers?

16  A.  No.

17  Q.  I want to touch on Robinson Ortega.

18          He was the dishwasher; right?

19  A.  Yes.

20  Q.  You said that Renato hired him in about 2013; is that

21  right?

22  A.  Yes.

23  Q.  Are you sure about that?

24  A.  Not entirely about the date.

25  Q.  But the date of 2013 you are certain?

1    A.  Well, 2013.  Well, I am almost sure it was in 2013.

2    Remember that since I don't hire anybody, I don't keep the

3    control of the exact dates of when every employee comes in.

4    Q.  You are certain that it was Peter -- excuse me, Renato who

5    hired Robinson?

6    A.  Renato 100 percent.

7              MR. ELLIS:  I would like to mark Plaintiffs'

8    Exhibit 15.

9              May I approach?

10             THE COURT:  Yes.

11   A.  Is that for me?

12   Q.  Yes.

13             MR. ELLIS:  Your Honor, for the record this is the

14   affidavit of Peter Migliorini dated September 4, 2016.  This is

15   docketed in this matter at No. 46.

16             MR. KUBLANOVSKY:  I will object to the witness

17   reviewing this exhibit.  It is not his affidavit.  He is a

18   nonparty to this case.

19             THE WITNESS:  This is not mine.

20             THE COURT:  What are you inquiring of this witness?

21   What are you  going to ask him?

22             MR. ELLIS:  I am going to ask him about paragraph 11.

23             THE COURT:  What are you going to ask him about?

24             MR. ELLIS:  About Mr. Diaz and who hired Mr. Diaz.

25             THE COURT:  What are you going to ask him about the

1    document?  What is your question?

2            MR. ELLIS:  Why is he so certain about who hired Mr.

3    Diaz and when.

4            THE COURT:  What does that have to do with that

5    document?

6            MR. ELLIS:  The document contradicts the testimony,

7    your Honor.

8            THE COURT:  I still don't know what you are going to

9    ask him.  What is your question to this witness about this

10   document?

11           MR. ELLIS:  My question to this witness would be:  Is

12   Mr. Migliorini's testimony in this document accurate?

13           THE COURT:  Pose your question and I will see if there

14   is an objection.

15   BY MR. ELLIS:

16   Q.  Can you turn to page 3, paragraph 11, please.

17           THE COURT:  I don't know what document you are talking

18   about because I don't have a copy.

19           MR. ELLIS:  May I approach?

20           THE COURT:  Yes.

21           What is your question?  Ask the question and I will

22   see if there is an objection.

23   Q.  It says here this is a sworn statement from Mr. Peter

24   Migliorini and he says that after his father's death he hired

25   Robinson Ortega Diaz.

1              Is Peter lying in this document?

2              MR. KUBLANOVSKY:  I am going to object, your Honor.

3              THE COURT:  I will sustain as to the form of the

4    question.

5    Q.  Is Peter's testimony here accurate?

6              MR. KUBLANOVSKY:  Objection, your Honor.

7              THE COURT:  Overruled.  He can answer.

8    A.  What was the question?

9    Q.  Is Peter's testimony here at paragraph 11 accurate that he

10   hired Robinson Ortega after Renato's death?

11   A.  Well, I just finished telling or saying that I don't have

12   any control or I don't have any notation about who hires or who

13   does not and the exact dates because that is not my

14   responsibility.

15   Q.  Is it possible that Peter hired Robinson before Renato

16   died?

17   A.  I don't have an exact response because I do not recall.  I

18   don't remember the exact date.

19   Q.  Let's say it happened before Renato died.  Is it

20   conceivable to you that Renato could have hired Robinson before

21   Renato died?

22             THE COURT:  That assumes facts in evidence.  That is

23   opposite to the document you gave him.

24             MR. ELLIS:  Withdrawn, your Honor.

25   Q.  You stated earlier that the kitchen closed on Sundays at

1    and 10:00 p.m.; is that correct?

2    A.  Yes.  But then the last reservation is at 9:30.

3    Q.  What time is the last reservation Tuesday to Thursday?

4    A.  10:30.

5    Q.  That is the last reservation; correct?

6    A.  Yes.

7    Q.  What time is the last reservation on Friday and Saturday

8    11:00, 11:30.

9    Q.  And then on Sunday, what time is the last reservation?

10   A.  Sunday, 9:30.

11   Q.  When all the plaintiffs quit on February 7th, why didn't

12   you quit with them?

13   A.  I didn't have any reason to.

14   Q.  Did you ever loan money to the business?

15   A.  No.

16   Q.  They never borrowed any amount of money from you?

17   A.  No, never.

18   Q.  When the restaurant closed in August for two weeks, were

19   you paid?

20   A.  Yes.  The base salary of course.

21   Q.  Do you know what any of the plaintiffs were paid?

22   A.  Yes.  Well, I heard them say so.

23   Q.  Who did you hear?

24   A.  All of them.  We all go together before we left for the

25   holidays or on vacation rather.

1    Q.  How much was Israel Arizmendi paid?

2    A.  That was not my responsibility.  I have no knowledge of

3    anyone or anybody.

4    Q.  I thought you just said that you had all talked about this

5    and that you know how much they were paid?

6    A.  No.  No.  No.  I never said that I knew how much they were

7    paid.  What I said is that they said I was paid and with this I

8    have for my vacation.  They never said how much and I didn't

9    ask either.

10   Q.  You don't know then how much any of the plaintiffs were

11   paid; is that correct?

12   A.  I was not involved in payments.

13   Q.  Who paid you your wages?

14           Just to clarify the time frame.  After Renato died,

15   who paid you your wages on a weekly basis?

16   A.  Peter did.

17   Q.  Who paid you your wages when Renato was still alive?

18   A.  Renato.

19   Q.  Has it been 450 a week for the entire 20 plus years you

20   have been working there?

21   A.  No.  No.  No.  At the beginning it was less.

22   Q.  What was it in the beginning?

23   A.  I would say as far as I recall it would be 200 or 175.

24   Q.  Is that per week?

25   A.  Yes.  We talking about 24 years ago.

1   Q.  When did it change to the 450 a week?

2   A.  I would say approximately eight years ago, but in between

3   there was a time period when it changed and it was between 250

4   to 280.

5   Q.  I want to go over your schedule again.  I am looking at my

6   notes.  It says you testified that on Tuesdays, Wednesdays and

7   Thursdays you worked 4:00 to 11:00; is that correct?

8   A.  Yes.

9   Q.  And then Friday and Saturday you worked 4:00 to 12:00; is

10  that correct?

11  A.  Yes.

12  Q.  Sundays you worked 3:00 to 10:00; is that correct?

13  A.  No.  4:00 to 10:00.

14  Q.  Oh, 4:00 to 10:00.

15          Do you receive breaks?

16  A.  It was voluntary.  All of us.  For example, Eddie sometimes

17  he would leave.  He would go outside to smoke a cigarette and

18  then he would come in.  Logically we were not busy.  Well, I

19  give you that example because he was the only one who smoked.

20          But also the other guys would leave, you know, when we

21  were not busy.  One would go out and then come in just to

22  breathe fresh air.

23  Q.  Do you know what time the restaurant opens?

24  A.  5:00 p.m.

25  Q.  Is that every day that it open at 5:00 p.m.?

1    A.   Not on Sundays.

2    Q.   What time does it open on Sunday?

3    A.   4:00.

4              THE COURT:  Saturday or Sunday?

5              THE WITNESS:  Sunday.

6    Q.   What time does the restaurant close Tuesday through

7    Thursday?

8    A.   The kitchen at 11:00, but the last reservation is taken at

9    10:30.

10   Q.   But then the restaurant doesn't actually close until 11:00?

11   A.   Well, if they already finished, if the order went out, they

12   already had to clean.  They don't have to wait until it is

13   11:00 to start.

14   Q.   Friday and Saturday what time does the kitchen close?

15   A.   11:30.

16             No, I am sorry.  The Kitchen closes at 12:00, but the

17   last reservation is taken at 11:30.  But that is occasionally.

18   Q.   On Sunday what time does the kitchen close?

19   A.   At 10:00 and the last reservation is made at 10:30.

20             THE INTERPRETER:  Correction by the interpreter, 9:30.

21   Q.   So is it accurate that you arrive at work about an hour

22   before the restaurant opens?

23   A.   Yes.  If I found parking earlier, I will be 15 minutes

24   earlier.

25   Q.   If you what earlier?

1    A.  You see, I live in New Jersey and I have to drive to go to

2    work.  If I find a parking spot before 4:00 p.m., then I park

3    and then I go directly to the restaurant.

4             THE COURT:  How much more do you think you are going

5    to have?

6             MR. ELLIS:  Not much longer.  10 minutes.

7             THE COURT:  Let's try to see if you can wind up before

8    5:30.

9             MR. ELLIS:  One moment, your Honor.

10            THE COURT:  Yes.

11   BY MR. ELLIS:

12   Q.  When you would arrive every day to work, who was at the

13   restaurant?

14   A.  Employees?

15   Q.  Yes.

16   A.  Angel, the dishwasher was working at that time.

17   Q.  That would be Robinson in this case?

18   A.  Yes.

19   Q.  So then Luis, Eddie, and Israel would arrive after you

20   already arrived; is that correct?

21   A.  No.  Just Israel.

22   Q.  So everyone was already there except for Israel then?

23   A.  Not when I arrived.  Generally we arrived altogether.

24   Q.  Who is "we"?

25   A.  Eddie -- well, just Eddie and Luis.  Because Israel came in

1   later around 5:00.  Angel and Robinson were already at the

2   restaurant at that time.

3   Q.  When you testified earlier that Renato hired Robinson, were

4   you told to say that today?

5   A.  No.

6   Q.  Were you told to say anything today?

7   A.  No.  As a matter of fact that is why I don't have the dates

8   exactly.  If anybody told me to say anything, I should remember

9   it.

10   Q.  This isn't about the dates.  If you went back into the

11   transcript, you said that you were absolutely certain that

12   Renato hired Robinson and you are shown a sworn affidavit from

13   Peter Migliorini and now you don't remember?

14   A.  Well, I never said at any moment that I was totally sure.

15   As a matter of fact if I didn't remember exactly not even the

16   date, I couldn't remember exactly who hired him.

17   Q.  Were you there when he was hired?

18   A.  Sure I was.

19   Q.  So you didn't see who hired him, but you were there?

20   A.  I didn't say I did not see.  I said I did not recall

21   because I don't hire the personnel.

22   Q.  Well, you are there you can see what is going on in the

23   restaurant.  It is a small place.  It is a quarter of the size

24   of this courtroom.

25   A.  I understand, but I am not a spy.  I am not really looking

1    out.  I am always taking care of my job and my position.

2    Q.  You can see what is going on.  You can see who is in

3    charge.  You can see who is hired and charged.

4            THE COURT:  Mr. Ellis, this is not argument.  It is

5    not making me any smarter.

6    Q.  Did you actually see any of the plaintiffs hired by anyone

7    at Piccolo Angolo?

8    A.  You are asking me whether I saw any papers or I saw

9    interviews or --

10   Q.  Anything.  If you saw anything.

11   A.  Well, if there was any employee, obviously the person was

12   hired by the boss, the person who hired.

13   Q.  So you would see that happen then?

14   A.  Yes.

15   Q.  So did you see Angel get hired?

16   A.  Well, when I started, already Angel was hired three months

17   later.

18   Q.  Did you see Luis get hired?

19   A.  Well, to see him -- well, he came over there looking for a

20   job and he remained.

21   Q.  Did you see who he spoke with?

22   A.  Yes.  Renato is the one who received him.

23   Q.  Did Peter speak with him?

24   A.  No.  He wasn't there either.

25   Q.  Did you see Robinson get hired?

1    A.  I do not recall.

2    Q.  Did you see Eddie get hired?

3    A.  Yes.

4    Q.  Who hired Eddie?

5    A.  Renato did.

6    Q.  Did you see Israel get hired?

7    A.  Yes.

8    Q.  Who hired him?

9    A.  Renato.

10           MR. ELLIS:  Nothing further, your Honor.

11           THE COURT:  Any further questions?

12           MR. KUBLANOVSKY:  No, your Honor.

13           THE COURT:  Thank you, sir.  You can step down.

14           (Witness excused)

15           THE COURT:  What time did you tell him to come back?

16           MR. KUBLANOVSKY:  The earlier you want to start, the

17    better, your Honor.

18           THE COURT:  9:30.  Maybe we can finish by lunchtime.

19           MR. ELLIS:  Thank you, your Honor.

20           MR. KUBLANOVSKY:  Thank you, your Honor.

21           THE COURT:  See you at 9:30.

22           (Adjourned to March 17th, 2017 at 9:30 a.m.)

23

24

25

```
1                        INDEX OF EXAMINATION

2    Examination of:                              Page

3    Cross By Mr. Kublanovsky . . . . . . . . . . 216

4    Redirect By Mr. Ellis  . . . . . . . . . . . 221

5    Recross By Mr. Kublanovsky . . . . . . . . . 223

6    EDDIE JAQUEZ

7    Direct By Mr. Ellis  . . . . . . . . . . . . 224

8    Cross By Mr. Kublanovsky . . . . . . . . . . 238

9    FERNANDO ORTIZ

10   Direct By Mr. Kublanovsky  . . . . . . . . . 250

11   Cross By Mr. Ellis . . . . . . . . . . . . . 271

12                        PLAINTIFF EXHIBITS

13   Exhibit No.                              Received

14    5   . . . . . . . . . . . . . . . . . . . 230

15    7   . . . . . . . . . . . . . . . . . . . 231

16

17

18

19

20

21

22

23

24

25
```